ACCEPTED
01-14-00232-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/26/2015 1:34:15 PM
CHRISTOPHER PRINE
CLERK

## No. 1-14-00232-CR
In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/26/2015 1:34:15 PM

CHRISTOPHER A. PRINE
Clerk

━━━━━━━━◆━━━━━━━━

## No. 2338052
In the 338th Judicial District Court
Of Harris County, Texas

━━━━━━━━◆━━━━━━━━

**ARTURO CHAVEZ** *Appellant*

V.

**THE STATE OF TEXAS**

*Appellee*

━━━━━━━━◆━━━━━━━━

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

━━━━━━━━◆━━━━━━━━

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with murder, convicted, and sentenced to incarceration for life on November 22, 2013 (CR – 6, 609-610). Appellant filed notice of appeal on February 14, 2014 (CR-616).

2. The State's brief was due on January 12, 2015. The State hereby requests a 30-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

a. The State did not receive a copy of appellants brief until Friday, January 23, 2015, and the undersigned attorney was not assigned this case until January 26, 2015.

b. The undersigned attorney just started work at the Harris County District Attorney's Office and today is her first day. It will take some time to get acquainted with the procedures of the office the filing of briefs.

c. The undersigned attorney has also been assigned four other briefs as of today, two of which are also overdue:

    (1)    Louis Charles Kirk v. The State of Texas
             No. 14-14-00168-CR
             Brief filed December 4, 2014

    (2)    Ronald Robinson v. The State of Texas
             No. 1-14-00656-CR
             Brief filed January 12, 2015

    (3)    Norman Andrew Puckett v. The State of Texas
             No. 14-14-00313-CR
             Brief filed January 6, 2015

    (4)    Maatthew Vincent Woodard v. The State of Texas
             No. 14-13-00609-CR
             Brief filed December 14, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Matt Hennessy
Attorney at Law
1018 Preston, 7th Floor
Houston, Texas 77002
matt@deguerin.com

/s/ Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400
(713) 755-5826
TBC No. 796910

Date: January 26, 2015